UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-20389-CR-ALTMAN

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JULIAN JIMENEZ,

        Defendant.

_____/

**ORDER ON DEFENDANT'S MOTION TO FILE UNDER SEAL**

**THIS CAUSE** came before the Court upon the defendant's Motion to Seal and being fully advised in the premises, it is

**ORDERED and ADJUDGED** that the motion to file document under seal is GRANTED. The exhibits filed at D.E. 225 shall be sealed for 10 years and then unsealed and destroyed by the clerk.

**DONE AND ORDERED** at Miami, Florida this _____ day of August, 2023.

_____
ROY K. ALTMAN
UNITED STATES DISTRICT COURT JUDGE